NOT FOR PUBLICATION

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| DISCOVER BANK,<br>            Plaintiff,<br>   v.<br>BRANDON E. PRETLOW,<br>            Defendant. | Civil Action No.: 19-cv-12490<br><br>**ORDER** |

**CECCHI, District Judge.**

This matter comes before the Court on the motion of Plaintiff Discover Bank ("Plaintiff") to remand this matter to state court pursuant to 28 U.S.C. § 1447. ECF No. 6. On September 17, 2020, Magistrate Judge Steven C. Mannion issued a Report and Recommendation ("R&R") that Plaintiff's motion be granted. ECF No. 8. The deadline to file objections to the R&R was October 1, 2020. No objections have been filed thereto.

The Court has considered the submissions as well as Judge Mannion's R&R, and for substantially the same reasons stated therein:

**IT IS** on this 2nd day of November, 2020:

**ORDERED** that this Court adopts Judge Mannion's R&R (ECF No. 8); it is further

**ORDERED** that Plaintiff's motion to remand (ECF No. 6) is **GRANTED**; it is further

**ORDERED** this action shall be **REMANDED** to the Superior Court of New Jersey, Law Division, Union County; and it is further

**ORDERED** the Clerk of the Court shall **CLOSE** the file in this matter.

**SO ORDERED.**

                                                              **CLAIRE C. CECCHI, U.S.D.J.**